GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Arthur Foreman | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:    4:18CR00014-1<br><br>USM Number:    22418-021<br><br>Katie A. Brewington<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 4, 2025 |
| 2 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 11, 2025 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in page <u>3</u> through of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s),_____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 5894

Defendant's Year of Birth: 1998

City and State of Defendant's Residence:

Savannah, Georgia

June 20, 2025
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

June 23, 2025
Date

DEFENDANT:          Arthur Foreman
CASE NUMBER:        4:18CR00014-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | March 3, 2025 |
| 4 | You failed to participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program (special condition). | March 24, 2025 |
| 5 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 2, 2025 |

GAS 245D          Judgment in a Criminal Case for Revocations                                    Judgment — Page 3 of 3

DEFENDANT:        Arthur Foreman
CASE NUMBER:      4:18CR00014-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 11 months.

☒    The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be given credit toward this federal sentence for all time served in custody since April 9, 2025. It is further recommended that the defendant be designated to the Bureau of Prisons facility in Jesup, Georgia or Estill, South Carolina.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐  a.m.    ☐  p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL